UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN PURDY,

          Plaintiff,

                                  Case No.

v.

INTEGRITY SOLUTION SERVICES, INC.,

          Defendant.

_____/

**NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, Integrity Solution Services, Inc. (Integrity), by counsel, notices the removal of this action from the Tenth Judicial Circuit, County Court, in and for Polk County, Florida and respectfully states as follows:

**I. THE STATE COURT ACTION**

1.    Integrity is the only defendant in this civil action filed by plaintiff, Justin Purdy (plaintiff), in the Tenth Judicial Circuit, County Court, in and for Polk County, Florida, titled *Justin Purdy vs. Integrity Solution Services, Inc.*, Case No. 2014-CC-005793 (hereinafter the "State Court Action").

2.    Integrity removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.* and the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Integrity has timely filed this Notice of Removal. Plaintiff's Complaint was served on December 10, 2014. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by Integrity.

4. Attached hereto as Exhibit 1 and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

6. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court, Tenth Judicial Circuit, in and for Polk County, Florida.

WHEREFORE, Defendant, Integrity Solution Services, Inc., hereby removes to this Court the State Court Action.

Respectfully submitted,

_____
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Abigail S. Pressler, Esq.
Florida Bar No. 0098072
Rachel A. Morris, Esq.
Florida Bar No. 0091498
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2463
Facsimile:   (866) 466-3140
dvanhoose@sessions-law.biz
apressler@sessions-law.biz
ramorris@sessions-law.biz

*Attorneys for Defendant,*
*Integrity Solution Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of December 2014, a true and correct copy of the foregoing was sent via email and United States mail to plaintiff's counsel as described below.

Christina Cowart, Esq.
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
ccowart@seraphlegal.com

_____
Attorney