UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN PURDY,

        Plaintiff,

v.                                            Case No.: 8:14-cv-03244-VMC-MAP

INTEGRITY SOLUTION SERVICES, INC.,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Defendant, Integrity Solution Services, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        /s/ Abigail S. Pressler
        Abigail S. Pressler, Esq.
        Florida Bar No. 0098072
        Rachel A. Morris, Esq.
        Florida Bar No. 0091498
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida  33618
        Telephone:   (813) 890-2465
        Facsimile:     (866) 466-3140
        apressler@sessions-law.biz

>ramorris@sessions-law.biz
>dvanhoose@sessions-law.biz
>
>Attorneys for Defendant,
>Integrity Solution Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 5th day of March 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>Christina Cowart, Esq.
>Seraph Legal, P.A.
>2002 E. 5th Avenue, Suite 104
>Tampa, FL 33605
>ccowart@seraphlegal.com

>/s/ Abigail S. Pressler
>Attorney